## ELZEY SPICER v. JOHN CONOWAY.

Court of Common Pleas.   April, 1808.

*Wells' Notebook, 365.*

*Robinson* and *Bayard* for plaintiff.   *Cooper* and *Vandyke* for defendant.

The plaintiff claimed to· be in possession under a warrant, survey and patent from the State.   The defendant relied upon a possession manifested by many years' continued cutting of the timber.

PER CURIAM.   BOOTH, C. J.   When the State sells land, she delivers possession.   Damages may be recovered beyond the trees proved on the laying down of the pretensions.   In these cases, more than the value·of·the property taken should be given, other-·wise it would be in any man's power to force another to part with his property.